UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWD FUND INVESTMENT GROUP LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>JON LEWIS, et al.,<br><br>      Defendants. | Case No. 4:17-cv-02377-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward M. Chen for consideration of whether the case is related to *Crowd Fund Investment Group LLC v. Lewis, et al.*, 17-cv-00803-EMC.

IT IS SO ORDERED.

Dated: April 28, 2017

                                                   *Kandis Westmore*
                                                 KANDIS A. WESTMORE
                                                 United States Magistrate Judge