UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CROWD FUND INVESTMENT GROUP LLC, | Case No. 17-cv-02377-EMC |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| JON LEWIS, et al., | |
| Defendants. | |

The above-referenced case is related to another case filed in this District, more specifically, *Crowd Fund Investment Group LLC v. Lewis*, No. C-17-0803 (N.D. Cal.) (hereinafter *Crowd Fund I*). *Crowd Fund I* was initially filed in state court but then was removed by one of the defendants in the case, Karen I. Lewis. This Court adopted the report and recommendation of Judge Ryu that *Crowd Fund I* be remanded – both for procedural defects in removal and for lack of subject matter jurisdiction.

The instant case is related to *Crowd Fund I* because it is the same state court action that was removed in *Crowd Fund I* – the only difference being that now the removal was effected by a different defendant, *i.e.*, Jon Lewis. The Court has reviewed Mr. Lewis's notice of removal and, from what it can divine (the notice is far from a model of clarity), it sees no legal basis for the removal, including for the reasons articulated by Judge Ryu in her report and recommendation for *Crowd Fund I*.

///

///

///

1        Accordingly, the Court hereby orders Mr. Lewis to show cause as to why the instant action

2    should not be remanded to the superior court from which it was removed.  **Mr. Lewis shall have**

3    **two weeks from the date of the order below to file a response.  If no response is filed by that**

4    **date, then the Clerk of the Court shall immediately remand the case and close the file for the**

5    **action.**

6

7        **IT IS SO ORDERED**.

8

9    Dated: May 2, 2017

10   _____

11   EDWARD M. CHEN
     United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28